```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
PRAVESH JAIRAM, individually, and on behalf of all      :
others similarly situated, et al.,                      :
                                                        :
                Plaintiffs,                             :
                                                        :        DECISION & ORDER
        v.                                              :        20-CV-929 (WFK) (RER)
                                                        :
UPTOWN COMMUNICATIONS & ELECTRIC,                       :
INC., et al.,                                           :
                                                        :
                Defendants.                             :
------------------------------------------------------------------------X
```
**WILLIAM F. KUNTZ, II, United States District Judge:**

On February 20, 2020, plaintiffs Pravesh Jairam, Rocky Ramdial, Anderson Birju, Nigel Alleyne, Rajesh Rampaul, and Bryan Joseph (collectively, "Plaintiffs") commenced this action individually and on behalf of all others similarly situated against defendants Uptown Communications & Electric, Inc., Jonathan Smokler, Christian Cabeza, and Daniel Greenberg, (collectively, "Defendants"), alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, and the New York Labor Law ("NYLL").  ECF No. 1.

On October 14, 2020, Magistrate Judge Ramon E. Reyes filed a *sua sponte* Report and Recommendation, recommending the Court dismiss the Complaint without prejudice as Plaintiffs have not served the Complaint on Defendants despite receiving an extension.  Oct. 14, 2020 Docket Entry.  Objections to the Report and Recommendation were due October 28, 2020, and to date, no objections have been filed.

The Court reviews a Report and Recommendation for clear error when no objections have been filed.  *See Covey v. Simonton,* 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.).  The Court find no such error here, and therefore adopts the Report and Recommendation in its entirety.

**SO ORDERED.**

s/ WFK

_____

HON. WILLIAM F. KUNTZ, II
United States District Judge

Dated: November 5, 2020
       Brooklyn, New York